UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRADLEY A. WERNER, JR.,                      :
                                             :
                    Plaintiff,               :     24-CV-4186 (PAE) (OTW)
                                             :
          -against-                          :     **ORDER**
                                             :
THE CITY OF NEW YORK, et al.                 :
                                             :
                    Defendants.              :
                                             :
------------------------------------------------------------x

ONA T. WANG, Magistrate Judge:

The Court is in receipt of Defendants' motion for judgment on the pleadings, wherein Defendants argue that Plaintiff Bradley Werner, proceeding here *pro se*, is barred from bringing this lawsuit under the terms of two general releases signed on May 14, 2025. (ECF 25, 26, 27, 28). Defendants served Plaintiff a copy of their motion and supporting documents on April 7, 2025. (ECF 29).

Plaintiff is directed to file an opposition to Defendants' motion by **May 7, 2025.** Defendants' reply, if any, is due **May 14, 2025.**

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket by **April 14, 2025.**

**SO ORDERED.**

                                             _____/s/_____
                                             **Ona T. Wang**
                                             United States Magistrate Judge

Dated: April 9, 2025
       New York, New York