**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
BRADLEY A. WERNER, JR.,                          :
                                                 :
              Plaintiff,               :          24-CV-4186 (PAE) (OTW)
                                                 :
            -against-               :          **ORDER**
                                                 :
THE CITY OF NEW YORK, et al.                     :
                                                 :
           Defendants.                 :
                                                 :
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge**:

      The Court is in receipt of ECF Nos. 33, 34, and 36.

      Plaintiff's request for an extension of time to reply to Defendants' motion for judgment

on the pleadings is **GRANTED.** Plaintiff is directed to file an opposition to Defendants' motion by

**June 30, 2025,** without prejudice to further extensions given Plaintiff's impending release from

Marcy Correctional Facility**.** (*See* ECF 34). Defendants' reply, if any, is due **July 7, 2025.**

      As Plaintiff represents that he will be released from Marcy Correctional Facility in the

"first week of May, 2025," (ECF 34), Plaintiff is directed to file a Notice of Change of Address on

the docket upon his release, which form can be accessed here:

https://www.nysd.uscourts.gov/atty-changeaddress.

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket by **May 2, 2025.**

**SO ORDERED.**

_____/s/  Ona T. Wang_____

**Ona T. Wang**
United States Magistrate Judge

Dated: April 29, 2025
        New York, New York