UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRADLEY A. WERNER, JR.,

    Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.

    Defendants.
------------------------------------------------------------x

24-CV-4186 (PAE) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge**:

The Court is in receipt of ECF 41, wherein Defendants request an extension of time to fulfill their obligation under the Court's Valentin Order. (*See* ECF 41).

Defendants' request is **GRANTED**. Defendants' deadline to respond to the Court's Valentin Order is hereby **EXTENDED** to **June 30, 2025.**

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket by **May 21, 2025.**

**SO ORDERED.**

                   _____/s/ Ona T. Wang_____
                   **Ona T. Wang**
                   United States Magistrate Judge

Dated: May 16, 2025
    New York, New York