**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRADLEY A. WERNER, JR.,

                    Plaintiff,                24 **CIVIL** 4186 (PAE)(OTW)

      -against-                      **JUDGMENT**

THE CITY OF NEW YORK et al.,

                   Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2026, the Court has adopted Judge Wang's Report, save as to one particular. The Court has granted defendants' motion for judgment on the pleadings and has dismissed the FAC's claims with prejudice. To the extent that the SAC is construed as an amended complaint, its claim is dismissed, but without prejudice to Werner's right to pursue such claim in a separate lawsuit. To the extent that the SAC is construed as a request for leave to amend the FAC, it is denied; accordingly, the case is closed.

**Dated:** New York, New York
        February 19, 2026

                                 **TAMMI M. HELLWIG**
                              _____
                                  **Clerk of Court**

                **BY:**          K. mango

                                _____
                                  **Deputy Clerk**